**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6433**

_____

MELVIN EUGENE ROBINSON,

Plaintiff - Appellant,

versus

DWIGHT CRANFORD; MELISSA D. PELFREY; JAMES G.
HARRIS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-03-145-5-BO)

_____

Submitted:  April 17, 2003          Decided:  April 24, 2003

_____

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Melvin Eugene Robinson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin Eugene Robinson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Robinson v. Cranford</u>, No. CA-03-145-5-BO (E.D.N.C. Feb. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>